UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT
OF ALABAMA

REC'D
2007 APR -9 A 10:29

ROBERT CHARLES DIXON #199728
plaintiff,                          *        CIVIL ACTION NO: 2:07-cv-237-ID

VS.                                 *

RICHARD ALLEN, et al.
DEFENDANTS.                         *

                                    *

AFFIDAVIT

My name is Robert Charles Dixon # 199728, I'm an inmate incarcerated in the Alabama prison system fountain correctional facility Atmore, Alabama. I have been incarcerated within the Alabama prison for the past nine (9) years. I have also been classified as a class IV prisoner in disregard to my excellence institutional record of behavior and job performance. I have also completed a numerous amount of programs while incarcerated toward my rehabilitation and re-entry to society. I have not received a disciplinary or citatioh during my incarceration. I have successfully completed personal developement the tradition of the chip system, Narcotics Anonmous, headstart committee... psycological programs, positive programs dealing with manhood responsibility, patience, respect, pride, gang association, developement. I have also completed stress and anger management, I have also completely a G.E.D. from jefferson davis community college. The department of corrections has held me in class IV for the past (9) nine years, yet they have me on the same strignent standard of inmates who are in earning class without due process of law. My parole date is April 2008. Further I said Nought. (See Exhibits-A through G).
THIS IS THE END OF AFFIDAVIT

                        _Robert Charles Dixon_
                        SIGNATURE OF AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE __4th__ DAY OF __April__.
2007.

COMM. EXPIRES __12/3/07__.
                        NOTARY





# Narcotics Anonymous.

## Certificate of Achievement

State of Alabama
Department of Corrections
Fountain

Robert Dixon, 199728
_____
(NAME)

**IS CITED FOR**

6 Months

Issued this 1st day of June, 2000

Atmore, Alabama

CIRCUIT COURT
BALDWIN COUNTY, AL
FILED
AUG 1 1 2010
JACKIE N. CALHOUN
CIRCUIT COURT CLERK

Exhibit (2)



# Certificate Of Achievement

### Presented To

DIXON, ROBERT / 199728
_____

## For Outstanding Achievement In

Completing FOUNTAIN'S 12 week Stress & Anger Management Program

JULY 24, 2000
_____     By _Blaine C. Crum PhD_
Date

Dr. Blaine Crum, Psychologist

Exhibit (E)

## Official Report of Test Results
# TESTS OF GENERAL EDUCATION DEVELOPMENT



Official GED transcripts may be obtained from:
GED Testing Programs
Alabama Department of Education
P.O. Box 302101
Montgomery, AL 36130-2101

Name of Examinee:

| DIXON | ROBERT | C |
|---|---|---|
| Last | First | Middle |

Address:   5800 FOUNTAIN
           ATMORE, AL 36503

Phone Number:

Date of Birth   01/22/1971        Test Format   English Print     Date Reported   05/04/2001

Social Security Number   423172992

|  | Test Date | Form | Standard Score | Percentile Rank for U.S. |
|---|---|---|---|---|
| Test 1: Writing Skills Test | 04/26/2001 | AT | 49 | 49 |
| Test 2: Social Studies Test | 04/26/2001 | AT | 45 | 34 |
| Test 3: Science Test | 04/26/2001 | AT | 47 | 41 |
| Test 4: Interpreting Literature and the Arts | 04/26/2001 | AT | 52 | 64 |
| Test 5: Mathematics Test | 04/26/2001 | AT | 43 | 19 |
| | | Total | 236 | |
| | | Standard Score Average | 47 | |

[X] Passed*
[ ] Failed*

(Copies of this report can be obtained from the center listed below.)

Exhibit (F)

The scores on this report are the *highest* scores achieved by the examinee and not necessarily the most recent. If retest scores are lower than scores previously achieved, the retest scores are not reported.

Signature of Chief Examiner: _Michael F. Cann_

Name of Center:   Jefferson Davis Community Coll

Phone Number:   334-368-8118

Address of Center:   P.O. Box 1119

Center Identification Number (if required)
3000030050

Atmore, AL 36504

Date:   05/04/2001

* Pass or Fail as determined by state policy

# Jefferson Davis Community College

Brewton                    Alabama



By authority of the Alabama State Board of Education and on recommendation of the Faculty hereby confers on

Robert Dixon

the

Certificate in Welding Technology

With all honors, rights and privileges thereto pertaining. In Witness Whereof the Seal of the College and the signatures of the duly authorized officers are hereunto affixed.

December 14, 2001

_____           _____
GOVERNOR, CHAIRMAN OF THE BOARD      PRESIDENT OF THE COLLEGE

_____           _____
CHANCELLOR OF POSTSECONDARY EDUCATION  ACADEMIC DEAN OF THE COLLEGE

Exhibit (G)