IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CHARLES DIXON, #199728, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv237-ID |
| ) | (WO) |
| RICHARD ALLEN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed April 10, 2007 (Doc. No. 5), and Plaintiff's Objection, filed April 17, 2007, and upon an independent review of the file in this case, it is ORDERED as follows:

1. Plaintiff's Objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

3. the above-styled cause be and the same is hereby DISMISSED prior to service of process without prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this 25th day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE