IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CHARLES DIXON, #199728, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv237-ID |
| ) | (WO) |
| RICHARD ALLEN, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby

entered in favor of Defendant Richard Allen and against Plaintiff Robert Charles Dixon

and that Plaintiff take nothing by his said suit.

DONE this 25th day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE